**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| CANDACE BERRYHILL, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:25cv794-MHT |
| | ) | (WO) |
| MONTGOMERY HOUSING | ) | |
| AUTHORITY, | ) | |
| | ) | |
|    Defendant. | ) | |

**OPINION**

Plaintiff, who is pro se and proceeding in forma pauperis, filed this lawsuit asserting that the public housing authority and others evicted her and terminated her housing voucher for retaliatory and racially discriminatory reasons. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice pursuant to 28 U.S.C. 1915(e)(2)(B). There are no objections to the recommendation. After an independent and de novo review of the record, the

court concludes that the magistrate judge's recommendation should be adopted. In addition, the court will dismiss the case for failure to prosecute. The report and recommendation that was mailed to plaintiff by the court was returned by the post office as undeliverable. *See* Returned Mail (Doc. 12) at 1 (envelope marked "RETURN TO SENDER," "UNCLAIMED," and "UNABLE TO FORWARD"). Plaintiff has failed to update her address with the court, and the case cannot proceed when the court lacks a means of communicating with her.

An appropriate judgment will be entered.

DONE, this the 26th day of May, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2