IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CANDACE BERRYHILL,              )
                                )
    Plaintiff,                  )
                                )        CIVIL ACTION NO.
    v.                          )          2:25cv794-MHT
                                )              (WO)
MONTGOMERY HOUSING              )
AUTHORITY,                      )
                                )
    Defendant.                  )

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The United States Magistrate Judge's recommendation (Doc. 11) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to prosecute and pursuant to 28 U.S.C. 1915(e)(2)(B) for failure to state a claim upon which relief can be granted.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 26th day of May, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2